IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Ronald A. Haddad, et al.,

Plaintiff(s),

v.

American Home Mortgage Servicing, Inc. et al.,

Defendant(s).

Case No. 18 C 00731
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Federal RICO claims dismissed with prejudice. Supplemental jurisdiction relinquished on the state law claims, which are dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a motion to dismiss.

Date: 3/29/2019                               Thomas G. Bruton, Clerk of Court

                                                                   s\Sandra Brooks , Deputy Clerk